◼ Angela Frontuto, Respondent, v. Bernard G. Farley, Appellant.— Judgment reversed on the law and facts and a new trial granted, with costs to appellant to abide the event, on the ground that the verdict is against the weight of the credible evidence. All concur, except Goldman, J., who dissents and votes for affirmance. (Appeal from judgment of Monroe Trial Term for plaintiff in an automobile negligence action.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

◼ Joseph Frontuto, Respondent, v. Bernard G. Farley, Appellant.— Same decision and like cause of action as in companion case of *Frontuto* v. *Farley* (8 A D 2d 931).

◼ Marjorie N. Smith, as Administratrix of the Estate of Gebhardt F. Smith, Deceased, Respondent-Appellant, v. State of New York, Appellant-Respondent. (Claim No. 34180.) — Judgment affirmed, with costs to claimant. All concur. (Cross appeals from a judgment of the Court of Claims for claimant on a claim for damages for the death of claimant's intestate, alleged to have resulted by reason of negligent condition of State highway.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

◼ Hilda H. Arnold, Appellant, v. State of New York, Respondent. (Claim No. 33312.) — Judgment reversed on the law and facts, with costs and matter remitted to the Court of Claims for determination of the amount of the award. Certain findings of fact and conclusions of law disapproved and reversed and new findings and conclusions made. Memorandum: We find in this record ample evidence upon which to base a finding that defendant's employee was negligent in the operation of the wagon resulting in the injuries sustained by the infant plaintiff. Under all the circumstances, including the infant's mental age, it is further found that the infant was free from contributory negligence. All concur. (Appeal from a judgment of the Court of Claims dismissing a claim for damages alleged to have been sustained by reason of negligence in supervision of work of incompetents.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

◼ Hilda H. Arnold, as Guardian ad Litem of J. David Harmon, an Infant, Appellant, v. State of New York, Respondent. (Claim No. 33313.) — Same decision and like cause of action as in companion case of *Arnold* v. *State of New York* (8 A D 2d 931).